# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN J. STANWYCK,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN HOME ASSURANCE<br>& NAT'L UNION FIRE INS. CO.,<br>et al.,<br><br>    Defendants. | CASE NO. CV 10-3553 AHM (FMOx)<br><br>JUDGMENT |

The Court, on August 5, 2010, having considered Plaintiff's status as a vexatious litigant and his failure to fulfill the Court's pre-filing requirement, and having ordered that this case be dismissed, judgment is herein GRANTED in favor of all Defendants on all claims. They may recover their costs of defense.

DATE: October 22, 2010

_____
A. Howard Matz
United States District Judge